```
                                        ____ FILED        ____ RECEIVED
                                        ____ ENTERED      ____ SERVED ON
                                                COUNSEL/PARTIES OF RECORD

                                              JAN 13 2022

                                        CLERK US DISTRICT COURT
                                          DISTRICT OF NEVADA
                                    BY:_____ DEPUTY
```

1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  Nevada Bar Number 14853
   JARED L. GRIMMER
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Tel: (702) 388-6336/Fax: (702) 388-6418
5  jared.l.grimmer@usdoj.gov
   *Attorneys for the United States*

6

                    UNITED STATES DISTRICT COURT
7                        DISTRICT OF NEVADA

8  UNITED STATES OF AMERICA,                 Case No. 2:22-mj-00013-DJA

9              Plaintiff,                    ORDER
                                             **Directing Probation to Prepare**
10       v.                                  **a Criminal History Report**

11 JUAN DIEGO VILLAREAL-FLETES,
       aka "Juan Diego Villarealfletes,"
12     aka "Jose Edgar Villareal-Garcia,"

13             Defendant.

14

15
        IT IS HEREBY STIPULATED AND AGREED, by and between Christopher
16
   Chiou, Acting United States Attorney, and Jared L. Grimmer, Assistant United States
17
   Attorney, counsel for the United States of America, and __Brian Pugh_____,
18
   Assistant Federal Public Defender, counsel for Defendant JUAN DIEGO VILLAREAL-
19
   FLETES, that the Court direct the U.S. Probation Office to prepare a report detailing the
20
   defendant's criminal history.
21
        This stipulation is entered into for the following reasons:
22
        1.The United States Attorney's Office has developed an early disposition program for
23
   immigration cases, authorized by the Attorney General pursuant to the PROTECT ACT of

   2003, Pub. L. 108-21. Pursuant to this program, the government has extended to the

defendant a plea offer in which the parties would agree to jointly request an expedited sentencing immediately after the defendant enters a guilty plea.

2. The U.S. Probation Office cannot begin obtaining the defendant's criminal history until after the defendant enters his guilty plea unless the Court enters an order directing the U.S. Probation Office to do so. Such an order is often entered in the minutes of a defendant's initial appearance when charged by indictment.

3. The U.S. Probation Office informs the government that it would like to begin obtaining the criminal history of defendants eligible for the early disposition program as soon as possible after their initial appearance so that the Probation Office can complete the Presentence Investigation Report by the time of the expected expedited sentencing.

4. Accordingly, the parties request that the Court enter an order directing the U.S. Probation Office to prepare a report detailing the defendant's criminal history.

DATED this 13th day of January 2022.

Respectfully Submitted,

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Brian Pugh*<br>Brian Pugh<br>Assistant Federal Public Defender<br>Counsel for Defendant JUAN DIEGO VILLAREAL-FLETES | */s/ Jared L. Grimmer*<br>JARED L. GRIMMER<br>Assistant United States Attorney |

<pre>
1                    UNITED STATES DISTRICT COURT
                          DISTRICT OF NEVADA
2
</pre>

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00013-DJA |
| Plaintiff, | **Order Directing Probation to Prepare a Criminal History Report** |
| v. | |
| JUAN DIEGO VILLAREAL-FLETES, <br> aka "Juan Diego Villarealfletes," <br> aka "Jose Edgar Villareal-Garcia," | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 13th day of January, 2022.

HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE