RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Juan Diego Villareal-Fletes

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>JUAN DIEGO VILLAREAL-FLETES,<br><br>                Defendant. | Case No. 2:22-mj-00013-DJA<br><br>**ORDER            TO CONTINUE PRELIMINARY HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Juan Diego Villareal-Fletes, that the Preliminary Hearing currently scheduled on April 18, 2022 at 4:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　A change of plea/sentencing hearing has been scheduled for April 21, 2022 at 10 a.m. before the Honorable Judge Richard F. Boulware, II.

2. Additional time is needed for the preliminary hearing to be held. Once the change of plea is entered and sentencing has been imposed, the preliminary hearing may be vacated.

3. Defendant is incarcerated and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 15th day of March, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Aden Kebede*<br>By_____<br>ADEN KEBEDE<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUAN DIEGO VILLAREAL-FLETES,<br><br>　　　　　Defendant. | Case No. 2:22-mj-00013-DJA<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on April 18, 2022 at the hour of 4:00 p.m., be vacated and continued to June 27, 2022, at 4:00 p.m., Courtroom 3A.

DATED this 16th day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE
DANIEL J. ALBREGTS